UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICARDO JOASILUS,<br><br>　　　*Plaintiff,*<br><br>　　v.<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.,*<br><br>　　　*Defendants.* | HON. MICHAEL A. SHIPP<br><br>*Civil Action No.* 26-04153 (MAS) |

## ORDER

WHEREAS, Plaintiff Ricardo Joasilus brought this habeas action under 28 U.S.C. § 1361 and U.S. Const. Amend V. on April 20, 2026, challenging the rescission of his approved Form I-130, Petition for Alien Relative by U.S. Immigration and Customs Enforcement, and seeking an order from this Court compelling Defendants to adjudicate his pending visa and adjustment of status applications; and

WHEREAS, Plaintiff filed this action in the U.S. District Court for the District of New Jersey while he resided in New Jersey; and

WHEREAS, Plaintiff currently resides in Utah, where the underlying visa and adjustment of status applications should be adjudicated; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the District of Utah; therefore

IT IS HEREBY ORDERED that this action is TRANSFERRED to the U.S. District Court for the District of Utah.

Dated: 7/13/26

HON. MICHAEL A. SHIPP, U.S.D.J.
UNITED STATES DISTRICT JUDGE